GRABERT, ANTHONY & SHERRY                                      09-13446

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-13446 A | GRABERT, ANTHONY LOUIS |
| 92005482539666 | GRABERT, SHERRY LEE |
| REISSUED CHECK FROM STALE CHECK PROCESSING | |

VOID AFTER 90 DAYS          112
TID #380290                  60-249 / 433
MICHAEL CHIASSON             2
P. O. BOX 1666               20230
MANDEVILLE LA 70470

Date  12/01/2010     $ *********140.81

~~~One Hundred Forty Dollars and 81/100

Pay to the Order of  CHECK, UNITED STATES BANKRUPTCY COURT

MICHAEL CHIASSON, Trustee

⑆2493⑈ 9200548253966⑉

```
    UNITED STATES
    BANKRUPTCY COURT
    EASTERN DISTRICT OF LOUISIANA
    NEW ORLEANS DIVISION

    # 227956      - KW
    * * C O P Y * *
    December 03, 2010
       13:21:59

    TREASURY REGFUND
       09-13446
Debtor.: ANTHONY LOUIS GRABERT
Trustee: Michael Chiasson
Amount.:        $140.81 CH
Check#.: 112
```

12/3/10
Deposited to 6047BK
Due:
CitiFinancial, INC.

BK# 15

cVogel

Total-> $140.81

FROM: CHIASSON